The order below is hereby signed.

Signed: August 18 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER DENYING MOTION FOR RELIEF
FROM AUTOMATIC STAY (PROPERTY LOCATED AT
724 UNDERWOOD STREET NW, WASHINGTON, DC 20012)**

Upon consideration of the Motion for Relief from Automatic Stay (Property Located at 724 Underwood Street NW, Washington, DC 20012) (the "Motion," as found at DE #33) filed by The Bank of New York Mellon f/k/a The Bank of New York as trustee, on behalf of the holders of the MASTR Alternative Loan Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2 c/o Select Portfolio Servicing, Inc. ("BONY"), the opposition of Leonard Jason Small thereto (DE #37), arguments adduced at a hearing on the matter, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*