UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONARD JASON SMALL | ) | Case No. 22-00001-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER
OF PROPERTY BY THE DEBTOR

**EXHIBIT 1**

**SCHEDULE C EXEMPTIONS**

Wendell W. Webster, Trustee
DC Bar No. 245696
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW Suite 402
Washington, DC 20036
Telephone: (202) 659-8510
wwebster@websterfredrickson.com

1

**Fill in this information to identify your case:**

Debtor 1: Leonard Jason Small
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: United States Bankruptcy Court for the District of Columbia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own? Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2018 Chrysler Pacifica<br>Line from Schedule A/B: 3.1 | $ 28000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| Brief description: Land rover Range rover sport<br>Line from Schedule A/B: 3.2 | $ 29000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| Brief description: Checking Account Wells Fargo<br>Line from Schedule A/B: 17.1 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| Brief description: Checking Account DC Federal Credit Union<br>Line from Schedule A/B: 17.3 | $ 800.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |

| Debtor 1 | Leonard | Jason | Small | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Wells Fargo Securities Inheritance Account <br> **Line from *Schedule A/B*:** 18.1 | $ 11300.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** 401(k) or similar plan Dc government <br> **Line from *Schedule A/B*:** 21.1 | $ 24800.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** Other financial account Charles Schwab <br> **Line from *Schedule A/B*:** 17.2 | $ 500.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** Cell phone, 4 televisions, Xbox series s, Xbox One. 3 chrome books, 3 tablets, computer printer <br> **Line from *Schedule A/B*:** 7 | $ 2300.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** Refrigerator, stove, microwave, coffee maker, blender, kitchenware, sofa set, dining room set, three sets of bedroom furniture. computers, game system and three tablets, <br> **Line from *Schedule A/B*:** 6 | $ 4800.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** Golf clubs <br> **Line from *Schedule A/B*:** 9 | $ 80.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** Everyday clothes <br> **Line from *Schedule A/B*:** 11 | $ 500.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| **Brief description:** Wedding band <br> **Line from *Schedule A/B*:** 12 | $ 80.00 | ☐ $ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |

| Debtor 1 | Leonard | Jason | Small | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes