UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONARD JASON SMALL | ) | Case No. 22-00001-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER
OF PROPERTY BY THE DEBTOR

**EXHIBIT 2**

**AMENDED SCHEDULE C EXEMPTIONS**

Wendell W. Webster, Trustee
DC Bar No. 245696
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW Suite 402
Washington, DC 20036
Telephone: (202) 659-8510
wwebster@websterfredrickson.com

1

DocuSign Envelope ID: FE5A578C-563D-4C72-8026-A4C1AAF73A04

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Leonard | Jason | Small |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): 22-1-ELG

☒ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt
4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 724 Underwood Street, NW, Washington, DC 20012 District of Columbia County<br>Line from *Schedule A/B*: 1.1 | $440,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(14) |
| 2018 Chrysler Pacifica 44000 miles<br>Line from *Schedule A/B*: 3.1 | $28,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| Land Rover Range Rover Sport 31000 miles<br>Line from *Schedule A/B*: 3.2 | $29,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(1) |
| Refrigerator, stove, microwave, coffee maker, blender, kitchenware, sofa set, dining room set, three sets of bedroom furniture<br>Line from *Schedule A/B*: 6.1 | $4,800.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |
| Cell phone, four televisions, Xbox Series S, Xbox One, three Chromebooks, 3 tablets, computer, printer<br>Line from *Schedule A/B*: 7.1 | $2,300.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |

DocuSign Envelope ID: FE5A578C-563D-4C72-8026-A4C1AAF73A04

Debtor 1  Leonard Jason Small                                    Case number (if known)  22-1-ELG

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Golf clubs<br>Line from Schedule A/B: 9.1 | $80.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| Everyday clothes<br>Line from Schedule A/B: 11.1 | $500.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |
| Wedding band<br>Line from Schedule A/B: 12.1 | $80.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(2) |
| Cash<br>Line from Schedule A/B: 16.1 | $30.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| Wells Fargo<br>Line from Schedule A/B: 17.1 | $500.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| Wells Fargo<br>Line from Schedule A/B: 17.1 | $500.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 16-572 |
| DC Federal Credit Union<br>Line from Schedule A/B: 17.2 | $800.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 16-572 |
| DC Federal Credit Union<br>Line from Schedule A/B: 17.2 | $800.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| Charles Schwab<br>Line from Schedule A/B: 17.3 | $500.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| Wells Fargo Securities Inheritance Account<br>Line from Schedule A/B: 18.1 | $11,300.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(3) |
| DC Government retirement account<br>Line from Schedule A/B: 21.1 | $24,800.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | D.C. Code Ann. § 15-501(a)(9) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C            Schedule C: The Property You Claim as Exempt                    page 2 of 2
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Columbia

In re    Leonard Jason Small            Case No.   22-1-ELG

                 Debtor(s)      Chapter   7

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing, consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   11/7/2022            Signature   /s/ Leonard Jason Small
                                                    Leonard Jason Small
                                                    Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.