The order below is hereby signed.

Signed: January 30 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              )
                                                    )
    LEONARD JASON SMALL                 )        Case No. 22-00001-ELG
                                                    )        Chapter 7
    Debtor.                             )
_____)

### ORDER GRANTING TRUSTEE'S MOTION TO COMPEL TURNOVER OF PROPERTY BY THE DEBTOR

Upon consideration of the Chapter 7 Trustee's Motion to Compel Turnover of Property by the Debtor, and any objection thereto, and it appearing that just cause exists to grant the relief requested, it is hereby

ORDERED, that the Trustee's Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Trustee be, and hereby is, entitled to receive a complete accounting of all property of the estate in the possession or under the control of the Debtor, or in which the Debtor was entitled to acquire, by bequest, devise or inheritance, within 180 days of the date of the filing of the petition commencing this case on January 4, 2022, including all bank accounts

containing monies received from or traceable to the Wells Fargo Securities Inheritance Account and any other inheritance account in which the Debtor has an interest; and it is further

ORDERED, that the Trustee be, and is hereby entitled to receive a complete accounting of all property of the estate in the possession or under the control of the Debtor, including all bank accounts containing monies received from or traceable to the D.C. Government retirement account and any other retirement account in which the Debtor maintained an interest as of the January 4, 2022; and it is further

ORDERED, that the Debtor forthwith provide the above-referenced accountings to the Trustee and immediately turnover to the Trustee all funds in any non-exempt bank accounts, including but not limited to, the Wells Fargo Securities Inheritance Account, any other inheritance account in which the Debtor acquired an interest within 180 days of January 4, 2022, the D.C. Government retirement account and any other retirement account in which the Debtor had an interest as of January 4, 2022.

**I ASK FOR THIS:**

/s/ *Wendell W. Webster*
Wendell W. Webster (DC Bar No. 245696)
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
(202)659-8510
wwebster@websterfredrickson.com
Chapter 7 Trustee