The order below is hereby signed.

Signed: January 30 2024



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LEONARD JASON SMALL | ) | Case No. 22-00001-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPEL**
**TURNOVER OF PROPERTY BY THE DEBTOR**

Upon consideration of the Chapter 7 Trustee's Motion to Compel Turnover of Property

by the Debtor, and any objection thereto, and it appearing that just cause exists to grant the relief

requested, it is hereby

ORDERED, that the Trustee's Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Trustee be, and hereby is, entitled to receive a complete accounting

of all property of the estate in the possession or under the control of the Debtor, or in which the

Debtor was entitled to acquire, by bequest, devise or inheritance, within 180 days of the date of

the filing of the petition commencing this case on January 4, 2022, including all bank accounts

1

containing monies received from or traceable to the Wells Fargo Securities Inheritance Account

and any other inheritance account in which the Debtor has an interest; and it is further

ORDERED, that the Trustee be, and is hereby entitled to receive a complete accounting

of all property of the estate in the possession or under the control of the Debtor, including all

bank accounts containing monies received from or traceable to the D.C. Government retirement

account and any other retirement account in which the Debtor maintained an interest as of the

January 4, 2022; and it is further

ORDERED, that the Debtor forthwith provide the above-referenced accountings to the

Trustee and immediately turnover to the Trustee all funds in any non-exempt bank accounts,

including but not limited to, the Wells Fargo Securities Inheritance Account, any other

inheritance account in which the Debtor acquired an interest within 180 days of January 4, 2022,

the D.C. Government retirement account and any other retirement account in which the Debtor

had an interest as of January 4, 2022.


**I ASK FOR THIS:**

/s/ *Wendell W. Webster*
Wendell W. Webster (DC Bar No. 245696)
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
(202)659-8510
wwebster@websterfredrickson.com
Chapter 7 Trustee

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 22-00001-ELG |
| Leonard Jason Small | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

**Recip ID              Recipient Name and Address**
db                 +  Leonard Jason Small, 724 Underwood Street NW, Washington, DC 20012-2640

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 01, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leah C. Freedman | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE  ON BEHALF OF THE HOLDERS OF THE MASTR ALTERNATIVE LOAN TRUST 2006-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2 C/O SELECT POR bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Leah C. Freedman | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as trustee  on behalf of the holders of the MASTR Alternative Loan Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2 C/O Select Port bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Maurice Belmont VerStandig | on behalf of Debtor Leonard Jason Small mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael J Klima | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jklima@kpdlawgroup.com |

District/off: 0090-1                          User: admin                                    Page 2 of 2

Date Rcvd: Jan 30, 2024                     Form ID: pdf001                            Total Noticed: 1

U. S. Trustee for Region Four

      USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster

      on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster

      wwebster@websterfredrickson.com  DC03@ecfcbis.com


TOTAL: 7