Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> Leonard Jason Small <br><br> **Debtor(s)** <br><br> Ally Bank <br><br> Movant <br><br> v. <br><br> Leonard Jason Small <br><br> Respondent | CASE NO.: 22-00001-ELG <br> (Chapter 7) |

## MOTION SEEKING RELIEF FROM AUTOMATIC STAY
## AND TO RECLAIM PROPERTY
2018 Chrysler Pacifica Wagon 4D Touring L Plus 3.6L V6

**COMES NOW,** Ally Bank ("Movant"), complaining of Leonard Jason Small ("Debtor") and files this Motion for Relief from Stay, and alleges as follows:

1.  This United States Bankruptcy Court for the District Of Columbia has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (G), and (O).

2.  On January 04, 2022, Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code.

3. Movant holds a security interest in the vehicle of Debtor identified as a 2018 Chrysler Pacifica Wagon 4D Touring L Plus 3.6L V6, V.I.N # 2C4RC1EG1JR102814 (the "Collateral"). Copies of Retail Installment Sales Contract and proof of the certificate of title are attached as Exhibits "A" and "B", respectively.

4. As of filing of the Motion, Debtor owes a contract balance to Movant of $14,083.57.

5. The monthly payments are $656.84, due on the 24th day of each month.

6. Debtor is in default in payments under the terms of the aforementioned contract in the sum of $11,996.45.

7. On information and belief, Debtor may not have the Collateral insured with full coverage insurance listing Movant as loss payee. Movant demands proof of and maintenance of full coverage insurance of the Collateral showing Movant as a loss payee.

8. Cause to lift the stay exists because Movant's interest in the Collateral is not adequately protected pursuant to 11 U.S.C. § 362(d)(1). Movant has not been provided proof of insurance and the value of Collateral continues to decline.

9. Cause to lift the stay exists under 11 U.S.C. § 362(d)(1) because Debtor has defaulted on payments owed to Movant and the collateral continues to depreciate in value.

10. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm to Movant and may deprive Movant of the adequate protection to which it is entitled under 11 U.S.C. §§ 361 and/or 362.

11. Movant asks the Court to waive the 14-day stay under Rule 4001(a)(3) for any order granting relief from the automatic stay because the value of Collateral continues to depreciate.

12. Movant hereby consents to the continuation of the automatic stay until a hearing is held on the merits of this motion and hereby waives its right to a hearing within thirty (30) days of the date of this motion as provided by Section 362(e)(1) of the Bankruptcy Code.

WHEREFORE, Movant asks the Court to enter an order granting relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and waiving the 14-day stay of such order under Rule 4001(a)(3). In the event that the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral. Movant also asks that any order granted under this motion shall remain in effect in the event that this case is converted to another bankruptcy chapter. Movant asks for such other and further relief to which it is justly entitled.

    Respectfully submitted:

    */s/ Michael J. Klima, Jr.*
    MICHAEL J. KLIMA, JR.
    8028 Ritchie Highway, Ste. 300
    Pasadena, MD 21122
    (410) 768-2280
    JKlima@KPDLawgroup.com
    Attorney for Ally Bank

CERTIFICATION OF SERVICE

I hereby certify that on the 20th day of February, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Wendell W. Webster, Chapter 7 Trustee
Maurice Belmont VerStandig , Attorney for Debtor

I hereby further certify that on the 20th day of February, 2024, a copy of the Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid to:

Leonard Jason Small
724 Underwood Street NW
Washington, DC 20012

Maurice Belmont VerStandig
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Wendell W. Webster
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036

U. S. Trustee for Region Four
1725 Duke Street,
Suite 650
Alexandria, VA 22314
USTPRegion04.DC.ECF@USDOJ.GOV

> /s/ Michael J. Klima, Jr.
> MICHAEL J. KLIMA, JR.
> 8028 Ritchie Highway, Ste. 300
> Pasadena, MD 21122
> (410) 768-2280
> JKlima@KPDLawgroup.com
> Attorney for Ally Bank