# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE:<br>Leonard Jason Small<br>**Debtor(s)** | * * * * * * * | CASE NO.: 22-00001-ELG<br>(Chapter 7) |
| * * * * * * * * | | |
| Ally Bank<br><br>Movant<br><br>Leonard Jason Small<br><br>Respondent | * * * * * * * * * * * * * * * * * * * | |
| * * * * * * * * * | * * * * * * * * | * |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that the Preliminary Hearing on the Motion for Relief from the Automatic Stay and to reclaim property filed by Ally Bank with regard to one 2018 Chrysler Pacifica Wagon 4D Touring L Plus 3.6L V6 will be scheduled pursuant to 11 U.S.C. §362 for March 20, 2024 at 9:30 A.M. before The Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, in by videoconference or in Courtroom No. 1, Second Floor, United States Courthouse, 3rd & Constitution Avenue, NW, Washington, DC 20001

NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. §362(e).

DATED: February 15, 2024                Respectfully submitted:

*/s/ Michael J. Klima, Jr.*
Michael J. Klima, Jr.
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Ally Bank