**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>Leonard Jason Small<br><br>**Debtor(s)**<br><br>Ally Bank<br><br>   Movant<br><br>v.<br><br>Leonard Jason Small<br><br>   Respondent | CASE NO.: 22-00001-ELG<br>(Chapter 7) |

## CERTIFICATION OF SERVICE

I, Michael J. Klima, Jr. of 8028 Ritchie Highway, Ste. 300, certify that I am, and at all times hereinafter mentioned was, 18 years of age or older; and

That on the 20th day of February, 2024, , a copy of the foregoing Motion Seeking Relief from Automatic Stay and to reclaim property, Notice of Preliminary Hearing, Notice of Deadline to File and Serve Objection to Motion, exhibits and proposed Order was served on the following by First Class U.S. Mail, postage pre-paid:

Leonard Jason Small
724 Underwood Street NW
Washington, DC 20012

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Wendell W. Webster
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
wwebster@websterfredrickson.com

     I certify under penalty of perjury that the foregoing is true and correct.

Executed on: <u>February 20, 2024</u>　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　<u>*/s/ Michael J. Klima, Jr.*</u>
　　　　　　　　　　　　　　　　　　　　Michael J. Klima, Jr.
　　　　　　　　　　　　　　　　　　　　8028 Ritchie Highway, Ste. 300
　　　　　　　　　　　　　　　　　　　　Pasadena, MD 21122
　　　　　　　　　　　　　　　　　　　　(410) 768-2280
　　　　　　　　　　　　　　　　　　　　JKlima@KPDLawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorney for Ally Bank