# RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

Dealer Number _____    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| NAKEASHA LYNN SMALL<br>724 UNDERWOOD ST NW<br>WASHINGTON DC 20012<br>DISTRICT OF COLUMBIA | NAKEASHA LYNN SANDERS<br>724 UNDERWOOD ST NW<br>WASHINGTON DC 20012<br>DISTRICT OF COLUMBIA | DARCARS CHRYSLER JEEP OF ROCKVILLE<br>755 ROCKVILLE PIKE<br>ROCKVILLE MD 20852 MONTGOMERY |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract), or, upon assignment, the assignee of this contract, the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2018 | CHRYSLER PACIFIC | 2C4RC1EG1JR102814 | Personal, family, or household unless otherwise indicated below<br>☐ business    ☒ N/A<br>☐ agricultural    ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 4500.00 |
|---|---|---|---|---|
| 6.19 % | $ 7966.39 | $ 39326.09 | $ 47292.48 | $ 51792.48 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 656.84 | Monthly beginning 12/24/2017 |
| N/A | N/A | N/A |

Or As Follows: _____

**Late Charge.** If payment is not received in full within 15 days after it is due, you will pay a late charge of 10 % of the part of the payment that is late, with a minimum charge of $ 5.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### Check the insurance you want and sign below:
**Optional Credit Insurance**

☐ Credit Life:    ☐ Buyer    ☐ Co-Buyer    ☐ Both
☐ Credit Disability:    ☐ Buyer    ☐ Co-Buyer    ☐ Both

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### ITEMIZATION OF AMOUNT FINANCED

1. **Cash Price**
   A. Cash Price of Motor Vehicle (including accessories, services, and taxes)    $ 39587.00 (A)
   B. Dealer Processing Charge (not required by law)    $ 300.00 (B)
   C. Freight Charge    $ N/A (C)
   D. Other    $ N/A (D)
      To Whom Paid    N/A
   E. Other    $ N/A (E)
      To Whom Paid    N/A
   Total Cash Price    $ 39887.00 (1)

2. **Total Downpayment =**
   Trade-in    N/A    NO TRADE
   (Year)    (Make)    (Model)
   Gross Trade-In Allowance    $ N/A
   Less Pay Off Made By Seller    $ N/A
   Equals Net Trade In    $ N/A
   + Cash    $ 2000.00
   + Other    MANUFACTURER'S REBATE    $ 2500.00
   (If total downpayment is negative, enter "0" and see 4I below)    $ 4500.00 (2)

3. Unpaid Balance of Cash Price (1 minus 2)    $ 35387.00 (3)

4. **Other Charges Including Amounts Paid to Others on Your Behalf**
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
      Life    $ N/A
      Disability    $ N/A    N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company    $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies    $ N/A
   D. Official Fees Paid to Government Agencies    $ N/A
   E. Government Taxes Not Included in Cash Price    $ 2771.09
   F. Government License and/or Registration Fees
      LIC/E-FILING/TIRE/TEMP TAG    $ 273.00
   G. Government Certificate of Title Fees
      (includes $ N/A    security interest recording fee)    $ N/A
   H. Optional Gap Contract    $ 895.00
   I. Other Charges (Seller must identify who is paid and describe purpose)
      to N/A    for Prior Credit or Lease Balance    N/A
      to N/A    for N/A    N/A
      to N/A    for N/A    N/A
      to N/A    for N/A    N/A
      to N/A    for N/A    N/A
      to N/A    for N/A    N/A
      to N/A    for N/A    N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf    $ 3939.09 (4)

5. Amount Financed (3 + 4)    $ 39326.09 (5)

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____, Year N/A, SELLER'S INITIALS N/A.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _____    Co-Buyer Signs X _____

### Other Optional Insurance

☐ N/A
Type of Insurance N/A    Term N/A
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A
Type of Insurance N/A    Term N/A
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.
X N/A _____    N/A
Buyer Signature    Date
X N/A _____    N/A
Co-Buyer Signature    Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**Returned Check Charge:** You agree to pay a charge of $ 15.00 if any check you give us is dishonored on the second presentment.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4H of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72    Mos.
TOYOTA MOTOR INS SVCS
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs _____

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of this vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and the addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the back for other important agreements.

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____    Date 11/10/17    Co-Buyer Signs _____    Date 11/10/17

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A    Address N/A
Seller Signs _____    Date 11/10/17    By X _____    Title GSM

Seller assigns its interest in this contract to    ALLY FINANCIAL    (Assignee) under the terms of Seller's agreement(s) with Assignee.
☒ Assigned with recourse    ☐ Assigned without recourse    ☐ Assigned with limited recourse
DARCARS CHRYSLER JEEP OF ROCKVILLE
Seller    By _____    Title _____

ORIGINAL LIENHOLDER    Exhibit A

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us as a security interest in:
   • The vehicle and all parts or goods put on it;
   • All money or goods received (proceeds) for the vehicle;
   • All insurance, maintenance, service, or other contracts we finance for you; and
   • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
   If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** If a payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $5. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
   • You do not pay any payment on time;
   • You give false, incomplete, or misleading information on a credit application;
   • You start a proceeding in bankruptcy or one is started against you or your property; or
   • You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's reasonable fee, as the law allows. You will also pay any court and collection costs we incur as the law allows.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. We may repossess the vehicle with or without resort to judicial process. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, in many situations, the law gives you the right to pay to get it back. We will tell you what you have to do to get the vehicle back.
   f. **We will sell the vehicle if you do not get it back.** If you do not do what is required to get the vehicle back, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it the law allows. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It does not apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW** Federal law and Maryland law apply to this contract. This contract shall be subject to the Credit Grantor Closed End Credit Provisions (Subtitle 10) of Title 12 of the Commercial Law Article of the Maryland Code.

---

NOTICE TO BUYER(S) OF NEW VEHICLES: IF YOU ARE PURCHASING A NEW VEHICLE WHICH IS SUBJECT TO A MANUFACTURER'S EXPRESS WARRANTY AND THE VEHICLE DOES NOT CONFORM TO THAT WARRANTY DURING THE WARRANTY PERIOD, YOU MUST GIVE WRITTEN NOTICE OF THE NONCONFORMITY, DEFECT OR CONDITION TO THE MANUFACTURER OR FACTORY BRANCH DURING THE WARRANTY PERIOD BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, IN ORDER TO PRESERVE YOUR RIGHTS UNDER THE MARYLAND AUTOMOTIVE WARRANTY ENFORCEMENT ACT.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.
You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Exhibit A

Ally Proprietary

# CONFIRMATION OF ASSIGNMENT OF RETAIL INSTALLMENT SALE CONTRACT

WHEREAS, on or about November 10th, 2017, LEONARD JASON SMALL & NAKEASHA LYNN SANDERS("Customer") entered into that certain Retail Installment Sale Contract ("Contract") with DARCARS CHRYSLER JEEP OF ROCKVILLE ("Dealership") for the sale and financing of a 2018 CHRYSLE PACIFIC, VIN # 2C4RC1EG1JR102814 ("Vehicle"); and

WHEREAS, the Dealership thereafter sold and assigned its interest in the Contract to Ally Financial Inc. and

THEREAFTER, Ally Financial Inc. did assign all of its right, title and interest in and to the Contract to Ally Bank aka Ally Capital Corp. aka Ally Bank Corp. effective as of the date of the Contract.

AIS PORTFOLIO SERVICES, LLC, AS AUTHORIZED AGENT FOR ALLY FINANCIAL INC.

By: _____
*(Signature)*

Name: DeVera Pearson
*(Print Name of Signatory)*

Title: Its Authorized Agent

Date: 10/18/2023

Ally Proprietary

Exhibit A

# CERTIFICATE OF TITLE

## DISTRICT OF COLUMBIA

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | BODY TYPE |
|---|---|---|---|---|
| 2C4RC1EG1JR102814 | | 2018 | CHRY | PV |
| **TITLE NUMBER** | **TITLE DATE** | **ODOMETER** | **CLASS** / **OPER.** | **EMPTY WT.** |
| K2204531 | 02-16-2018 | 25 | A | |

NAME AND ADDRESS OF VEHICLE OWNER(S)    CLEAR

SMALL, LEONARD JASON
724 UNDERWOOD ST NW
WASHINGTON DC   20012-2640

SANDERS-SMALL, NAKEASHA LYNN



DUPLICATE (2018-04-25)

Lien Date         Lien Amount
11-10-2017        $39,326.00

**FIRST LIENHOLDER**
ALLY FINANCIAL
PO BOX 8141
COCKEYSVILLE MD   21030-8131

**FIRST RELEASE** — INTEREST IN THIS VEHICLE IS HEREBY RELEASED:

NAME _____

TITLE _____   DATE _____

Lien Date         Lien Amount
                  $0.00

**SECOND LIENHOLDER**

**SECOND RELEASE** — INTEREST IN THIS VEHICLE IS HEREBY RELEASED:

NAME _____

TITLE _____   DATE _____

BY PLACEMENT OF THE ABOVE SEAL, THE DIRECTOR OF THE DEPARTMENT OF MOTOR VEHICLES CERTIFIES WITH REASONABLE CERTAINTY THAT FACTS ON THE APPLICATION FOR A CERTIFICATE OF TITLE FOR THE MOTOR VEHICLE DESCRIBED ABOVE ARE TRUE AND THAT THE ABOVE PERSON(S) IS/ARE THE LAWFUL OWNER(S) OF THAT MOTOR VEHICLE.

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

Exhibit B

| Date | Description | Payment due | Payment made | Balance |
|---|---|---:|---:|---:|
| | Payment History | | | |
| 11/10/2017 | Manufacturer rebate Amount_F | 2500.00 | 0.00 | 2500.00 |
| 11/10/2017 | Cash down Payment_F | 2000.00 | 0.00 | 4500.00 |
| 11/10/2017 | Receipt - paid via dealer | 0.00 | 4500.00 | .00 |
| 12/24/2017 | Repayment | 656.84 | 0.00 | 656.84 |
| 1/8/2018 | Late Charge_Accrued | 65.68 | 0.00 | 722.52 |
| 1/9/2018 | Receipt - AAOS one time pay | 0.00 | 656.84 | 65.68 |
| 1/24/2018 | Repayment | 656.84 | 0.00 | 722.52 |
| 2/6/2018 | Receipt - AAOS one time pay | 0.00 | 656.84 | 65.68 |
| 2/24/2018 | Repayment | 656.84 | 0.00 | 722.52 |
| 3/12/2018 | Late Charge_Accrued | 65.68 | 0.00 | 788.20 |
| 3/19/2018 | Receipt - AAOS one time pay | 0.00 | 656.84 | 131.36 |
| 3/24/2018 | Repayment | 656.84 | 0.00 | 788.20 |
| 4/9/2018 | Late Charge_Accrued | 65.68 | 0.00 | 853.88 |
| 4/13/2018 | Receipt - AAOS one time pay | 0.00 | 646.00 | 207.88 |
| 4/24/2018 | Repayment | 656.84 | 0.00 | 864.72 |
| 5/9/2018 | Late Charge_Accrued | 65.68 | 0.00 | 930.40 |
| 5/16/2018 | Receipt - AAOS one time pay | 0.00 | 675.00 | 255.40 |
| 5/24/2018 | Repayment | 656.84 | 0.00 | 912.24 |
| 6/7/2018 | Receipt - AAOS one time pay | 0.00 | 200.00 | 712.24 |
| 6/8/2018 | Late Charge_Accrued | 44.95 | 0.00 | 757.19 |
| 6/12/2018 | Receipt - AAOS one time pay | 0.00 | 700.00 | 57.19 |
| 6/24/2018 | Repayment | 656.84 | 0.00 | 714.03 |
| 6/24/2018 | Receipt - AAOS one time pay | 0.00 | 200.00 | 514.03 |
| 7/9/2018 | Late Charge_Accrued | 20.63 | 0.00 | 534.66 |
| 7/16/2018 | Receipt - AAOS one time pay | 0.00 | 600.50 | -65.84 |
| 7/24/2018 | Repayment | 656.84 | 0.00 | 591.00 |
| 7/24/2018 | Receipt - AAOS one time pay | 0.00 | 591.00 | .00 |
| 8/24/2018 | Repayment | 656.84 | 0.00 | 656.84 |
| 8/24/2018 | Receipt - AAOS one time pay | 0.00 | 656.84 | .00 |
| 9/24/2018 | Repayment | 656.84 | 0.00 | 656.84 |
| 10/9/2018 | Late Charge_Accrued | 65.68 | 0.00 | 722.52 |
| 10/16/2018 | Receipt - AAOS one time pay | 0.00 | 657.00 | 65.52 |
| 10/17/2018 | Receipt - AAOS one time pay | 0.00 | 100.00 | -34.48 |
| 10/24/2018 | Repayment | 656.84 | 0.00 | 622.36 |
| 11/8/2018 | Late Charge_Accrued | 55.66 | 0.00 | 678.02 |
| 11/24/2018 | Repayment | 656.84 | 0.00 | 1334.86 |
| 11/27/2018 | Receipt - AAOS one time pay | 0.00 | 660.00 | 674.86 |
| 12/5/2018 | Receipt - AAOS one time pay | 0.00 | 657.00 | 17.86 |
| 12/24/2018 | Repayment | 656.84 | 0.00 | 674.70 |
| 1/4/2019 | Receipt - AAOS one time pay | 0.00 | 250.70 | 424.00 |
| 1/5/2019 | Receipt - AAOS one time pay | 0.00 | 284.70 | 139.30 |
| 1/8/2019 | Late Charge_Accrued | 5.00 | 0.00 | 144.30 |
| 1/22/2019 | Receipt - AAOS one time pay | 0.00 | 675.00 | -530.70 |
| 1/24/2019 | Repayment | 656.84 | 0.00 | 126.14 |
| 1/24/2019 | Receipt - AAOS one time pay | 0.00 | 126.14 | .00 |
| 1/29/2019 | Receipt - AAOS one time pay | 0.00 | 200.00 | -200.00 |
| 2/13/2019 | Receipt - AAOS one time pay | 0.00 | 256.90 | -456.90 |
| 2/19/2019 | Receipt - AAOS one time pay | 0.00 | 199.94 | -656.84 |
| 2/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 3/13/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | -656.84 |
| 3/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 4/23/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | -656.84 |
| 4/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 5/21/2019 | Receipt - AAOS one time pay | 0.00 | 356.84 | -356.84 |

Exhibit C

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 5/22/2019 | Receipt - AAOS one time pay | 0.00 | 300.00 | -656.84 |
| 5/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 6/18/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | -656.84 |
| 6/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 7/17/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | -656.84 |
| 7/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 8/24/2019 | Repayment | 656.84 | 0.00 | 656.84 |
| 8/24/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | .00 |
| 9/13/2019 | Receipt - AAOS one time pay | 0.00 | 150.00 | -150.00 |
| 9/14/2019 | Receipt - AAOS one time pay | 0.00 | 500.84 | -650.84 |
| 9/24/2019 | Repayment | 656.84 | 0.00 | 6.00 |
| 10/9/2019 | Late Charge_Accrued | 5.00 | 0.00 | 11.00 |
| 10/24/2019 | Repayment | 656.84 | 0.00 | 667.84 |
| 10/24/2019 | Receipt - AAOS one time pay | 0.00 | 667.84 | .00 |
| 11/20/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | -656.84 |
| 11/24/2019 | Repayment | 656.84 | 0.00 | .00 |
| 12/24/2019 | Repayment | 656.84 | 0.00 | 656.84 |
| 12/24/2019 | Conversion adjustment | 0.00 | .47 | 656.37 |
| 12/24/2019 | Receipt - AAOS one time pay | 0.00 | 656.84 | -.47 |
| 12/24/2019 | Transfer | 0.00 | -.47 | .00 |
| 12/24/2019 | Transfer of balance overpayment | .47 | .47 | .00 |
| 1/24/2020 | Repayment | 656.84 | 0.00 | 656.84 |
| 1/24/2020 | Receipt - AAOS one time pay | 0.00 | 656.84 | .00 |
| 2/24/2020 | Repayment | 656.84 | 0.00 | 656.84 |
| 2/24/2020 | Receipt - AAOS one time pay | 0.00 | 656.84 | .00 |
| 3/22/2020 | Receipt - AAOS one time pay | 0.00 | 656.84 | -656.84 |
| 3/24/2020 | Repayment | 656.84 | 0.00 | .00 |
| 4/24/2020 | Repayment | 656.84 | 0.00 | 656.84 |
| 4/24/2020 | Repayment | 0.00 | 656.84 | .00 |
| 7/24/2020 | Repayment | 656.84 | 0.00 | 656.84 |
| 7/27/2020 | Receipt - AAOS one time pay | 0.00 | 656.84 | .00 |
| 7/27/2020 | AAOS one time pay payment rejected | 0.00 | -656.84 | 656.84 |
| 8/9/2020 | Late Charge_Accrued | 65.68 | 0.00 | 722.52 |
| 8/24/2020 | Repayment | 656.84 | 0.00 | 1379.36 |
| 8/30/2020 | Receipt - AAOS one time pay | 0.00 | 690.00 | 689.36 |
| 9/9/2020 | Late Charge_Accrued | 62.37 | 0.00 | 751.73 |
| 9/23/2020 | Receipt - AAOS one time pay | 0.00 | 700.00 | 51.73 |
| 9/24/2020 | Repayment | 656.84 | 0.00 | 708.57 |
| 10/10/2020 | Late Charge_Accrued | 58.05 | 0.00 | 766.62 |
| 10/24/2020 | Repayment | 656.84 | 0.00 | 1423.46 |
| 11/9/2020 | Late Charge_Accrued | 65.68 | 0.00 | 1489.14 |
| 11/24/2020 | Repayment | 656.84 | 0.00 | 2145.98 |
| 11/29/2020 | Receipt - AAOS one time pay | 0.00 | 2145.98 | .00 |
| 12/24/2020 | Repayment | 656.84 | 0.00 | 656.84 |
| 1/9/2021 | Late Charge_Accrued | 65.68 | 0.00 | 722.52 |
| 1/24/2021 | Repayment | 656.84 | 0.00 | 1379.36 |
| 2/3/2021 | Receipt - AAOS one time pay | 0.00 | 700.93 | 678.43 |
| 2/9/2021 | Late Charge_Accrued | 61.28 | 0.00 | 739.71 |
| 2/20/2021 | Receipt - AAOS one time pay | 0.00 | 700.00 | 39.71 |
| 2/24/2021 | Repayment | 656.84 | 0.00 | 696.55 |
| 3/12/2021 | Late Charge_Accrued | 56.96 | 0.00 | 753.51 |
| 3/24/2021 | Repayment | 656.84 | 0.00 | 1410.35 |
| 4/9/2021 | Late Charge_Accrued | 65.68 | 0.00 | 1476.03 |
| 4/9/2021 | Receipt - AAOS one time pay | 0.00 | 1133.00 | 343.03 |
| 4/24/2021 | Repayment | 656.84 | 0.00 | 999.87 |
| 5/10/2021 | Late Charge_Accrued | 65.68 | 0.00 | 1065.55 |

Exhibit C

| Date | Description | | | |
|---|---|---:|---:|---:|
| 5/22/2021 | Receipt - AAOS one time pay | 0.00 | 823.00 | 242.55 |
| 5/24/2021 | Repayment | 656.84 | 0.00 | 899.39 |
| 6/9/2021 | Late Charge_Accrued | 58.41 | 0.00 | 957.80 |
| 6/15/2021 | Receipt - AAOS one time pay | 0.00 | 800.00 | 157.80 |
| 6/24/2021 | Repayment | 656.84 | 0.00 | 814.64 |
| 7/10/2021 | Late Charge_Accrued | 44.10 | 0.00 | 858.74 |
| 7/24/2021 | Repayment | 656.84 | 0.00 | 1515.58 |
| 7/27/2021 | Receipt - AAOS one time pay | 0.00 | 616.00 | 899.58 |
| 8/9/2021 | Late Charge_Accrued | 48.18 | 0.00 | 947.76 |
| 8/24/2021 | Repayment | 656.84 | 0.00 | 1604.60 |
| 9/9/2021 | Late Charge_Accrued | 65.68 | 0.00 | 1670.28 |
| 9/24/2021 | Repayment | 656.84 | 0.00 | 2327.12 |
| 9/24/2021 | Receipt - AAOS one time pay | 0.00 | 1671.00 | 656.12 |
| 10/10/2021 | Late Charge_Accrued | 12.45 | 0.00 | 668.57 |
| 10/24/2021 | Repayment | 656.84 | 0.00 | 1325.41 |
| 11/9/2021 | Late Charge_Accrued | 65.68 | 0.00 | 1391.09 |
| 11/24/2021 | Repayment | 656.84 | 0.00 | 2047.93 |
| 12/5/2021 | Receipt - AAOS one time pay | 0.00 | 700.00 | 1347.93 |
| 12/10/2021 | Late Charge_Accrued | 65.68 | 0.00 | 1413.61 |
| 12/24/2021 | Repayment | 656.84 | 0.00 | 2070.45 |
| 1/24/2022 | Repayment | 656.84 | 0.00 | 2727.29 |
| 2/24/2022 | Repayment | 656.84 | 0.00 | 3384.13 |
| 3/24/2022 | Repayment | 656.84 | 0.00 | 4040.97 |
| 4/24/2022 | Repayment | 656.84 | 0.00 | 4697.81 |
| 5/24/2022 | Repayment | 656.84 | 0.00 | 5354.65 |
| 6/24/2022 | Repayment | 656.84 | 0.00 | 6011.49 |
| 7/24/2022 | Repayment | 656.84 | 0.00 | 6668.33 |
| 8/24/2022 | Repayment | 656.84 | 0.00 | 7325.17 |
| 9/24/2022 | Repayment | 656.84 | 0.00 | 7982.01 |
| 10/24/2022 | Repayment | 656.84 | 0.00 | 8638.85 |
| 11/24/2022 | Repayment | 656.84 | 0.00 | 9295.69 |
| 12/24/2022 | Repayment | 656.84 | 0.00 | 9952.53 |
| 1/24/2023 | Repayment | 656.84 | 0.00 | 10609.37 |
| 2/24/2023 | Repayment | 656.84 | 0.00 | 11266.21 |
| 3/24/2023 | Repayment | 656.84 | 0.00 | 11923.05 |
| 3/30/2023 | Receipt - ACI pay | 0.00 | 2995.00 | 8928.05 |
| 3/30/2023 | Receipt - ACI pay | 0.00 | 2000.00 | 6928.05 |
| 3/30/2023 | Receipt - ACI pay | 0.00 | 1500.00 | 5428.05 |
| 4/24/2023 | Repayment | 656.84 | 0.00 | 6084.89 |
| 5/24/2023 | Repayment | 656.84 | 0.00 | 6741.73 |
| 6/24/2023 | Repayment | 656.84 | 0.00 | 7398.57 |
| 7/24/2023 | Repayment | 656.84 | 0.00 | 8055.41 |
| 8/24/2023 | Repayment | 656.84 | 0.00 | 8712.25 |
| 9/24/2023 | Repayment | 656.84 | 0.00 | 9369.09 |
| 10/24/2023 | Repayment | 656.84 | 0.00 | 10025.93 |
| 11/24/2023 | Repayment | 656.84 | 0.00 | 10682.77 |
| 12/24/2023 | Repayment | 656.84 | 0.00 | 11339.61 |
| 1/24/2024 | Repayment | 656.84 | 0.00 | 11996.45 |

Exhibit C