Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Leonard Jason Small*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO CONVERT TO CHAPTER 13

Comes now Leonard Jason Small ("Mr. Small" or the "Debtor"), by and through undersigned counsel, pursuant to Section 706 of Title 11 of the United States Code, and moves to convert the above-captioned case to a proceeding under Chapter 13 of Title 11 of the United States Code, and in support thereof states as follows:

Mr. Small is an individual who is eligible to be a debtor under Chapter 13. 11 U.S.C. § 109(e). He is accordingly vested with a statutory right to convert this case, 11 U.S.C . § 706(a), and by this motion does exercise said right.

WHEREFORE, Mr. Small respectfully prays this Honorable Court convert the above-captioned case to a proceeding under Chapter 13 and for such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

Dated: March 18, 2024    THE BELMONT FIRM,

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig