Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Leonard Jason Small*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF MOTION TO CONVERT TO CHAPTER 13**

NOTICE IS HEREBY GIVEN that Leonard Jason Small (the "Debtor") has filed a motion to convert this case to a proceeding under Chapter 13 of Title 11 of the United States Code.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE APRIL 1, 2024, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 3, 2024 at 10:00 AM. The hearing will be held via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                                                  Respectfully submitted,

Dated: March 18, 2024                      By: /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig, Esq.
                                                  Bar No. MD18071
                                                  The VerStandig Law Firm, LLC
                                                  9812 Falls Road, #114-160
                                                  Potomac, Maryland 20854
                                                  Phone: (301) 444-4600
                                                  Facsimile: (301) 444-4600
                                                  mac@mbvesq.com
                                                  *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 18th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                  /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig