Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Leonard Jason Small*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm, pursuant to Local Rule 2091-1(a), and move to withdraw as counsel of record for Leonard Jason Small ("Mr. Small" or the "Debtor"), and in support thereof state as follows:

For various reasons, it is sensible for the representation of undersigned counsel to terminate commensurate with the conversion of this case to Chapter 13. Such reasons are *not* tied to any ethical constraints and it is reasonably believed Mr. Small has taken steps toward securing new counsel to represent his interests in this case.

Without exhaustively or specifically addressing the rationale for the proposed termination of undersigned counsel's representation herein, it may be generally noted that counsel was engaged, post-petition, to represent Mr. Small in a Chapter 7 case with certain then-discreet objectives. Exemptions were appropriately tidied up through amendment, DE #42; a judgment lien was avoided, DE #35; and, subsequently, a stay relief motion was successfully defended, DE #62. The representation has now spanned nearly two-and-a-half years, far exceeding that originally

1

contemplated, and there was never a design of the representation extending into the palpably lengthier duration of a Chapter 13 case.

WHEREFORE, Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm respectfully pray this Honorable Court (i) withdraw their appearance on behalf of the Debtor; and (ii) afford such other and further relief as may be just and proper.

Respectfully Submitted,

Dated:  August 12, 2024

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
mac@dcbankruptcy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

I FURTHER CERTIFY that on the 13th day of August, 2023, a copy of the foregoing is being sent, via US Mail, postage prepaid, to:

Leonard Jason Small, Esq.
724 Underwood Street, NW
Washington, DC 20012

/s/ Maurice B. VerStandig
Maurice B. VerStandig