Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION
TO MOTION TO WITHDRAW AS COUNSEL**

NOTICE IS HEREBY GIVEN that Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm have filed a motion to withdraw as counsel for Leonard Jason Small.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE AUGUST 20, 2024, you must file and serve a written opposition to the motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for August 21, 2024 at 1:00 PM. The hearing will be held via Zoom video conferencing (subject to the limitations set forth in

1

General Order 2023-01). For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                Respectfully submitted,

Dated:  August 12, 2024                /s/ Maurice B. VerStandig
                Maurice B. VerStandig, Esq.
                Bar No. MD18071
                1050 Connecticut Avenue, Suite 500
                Washington, DC 20036
                Telephone: (202) 991-1101
                mac@dcbankruptcy.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

    I FURTHER CERTIFY that on the 13th day of August, 2023, a copy of the foregoing is being sent, via US Mail, postage prepaid, to:

    Leonard Jason Small, Esq.
    724 Underwood Street, NW
    Washington, DC 20012

                /s/ Maurice B. VerStandig
                Maurice B. VerStandig