The order below is hereby signed.

Signed: August 13 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO CONVERT TO CHAPTER 13

Upon consideration of the Motion to Convert to Chapter 13 (the "Motion," as found at DE #69) filed by Leonard Jason Small, the lack of opposition thereto, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that this case be, and hereby is, CONVERTED to a proceeding under Chapter 13 of Title 11 of the United States Code.

I ask for this:

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

1