| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Leonard Jason Small<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–0656<br>EIN:  _ _–_ _ _ _ _ _ _ |
| **Debtor 2**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed in chapter:  7  1/4/22 |
| Case number: | 22–00001–ELG | Date case converted to chapter:  13  8/13/24 |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/22**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Leonard Jason Small | |
| 2. | **All other names used in the last 8 years** | dba Leonard Jason Small | |
| 3. | **Address** | 724 Underwood Street NW<br>Washington, DC 20012 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114–160<br>Potomac, MD 20854 | Contact phone 301–444–4600<br>Email:  mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rebecca A. Herr<br>185 Admiral Cochrane Dr<br>Ste 240<br>Annapolis, MD 21401 | Contact phone 301–805–4700<br>Email:  ecf@ch13md.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone (202) 354–3280<br><br>Date: 8/13/24 |

**For more information, see page 2**

Debtor **Leonard Jason Small**                                                                                   Case number **22–00001–ELG**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 9, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 879 999 1048, and Passcode 1203282023, OR call 1 667–406–0794**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | |

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/8/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/22/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/22/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9. Hearing on Confirmation of the Plan**<br>Date: **October 25, 2024**                    Time: **09:30 AM**<br>Location:  Courtroom 1 and Zoom., For meeting code contact:, aimee_mathewes@dcb.uscourts.gov | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court

District of Columbia

In re:                                                                                  Case No. 22-00001-ELG

Leonard Jason Small                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                Page 1 of 3

Date Rcvd: Aug 13, 2024                       Form ID: 309I                              Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Jason Small, 724 Underwood Street NW, Washington, DC 20012-2640 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 760255 | + | BT Investment, 7 Derwood Court, Washington DC 21234-1330 |
| 760240 | + | BT Investments, LLC, 7 Derwood Court, Parkville MD 21234-1330 |
| 760244 | | Feb Retail, PO Box 4449, Beaverton, OR 97076 |
| 762202 | + | Jacobs & Associates-Attorneys At Law, LLC, 111 Rockville Pike, Suite 975, Rockville MD 20850-5123 |
| 760249 | | T-Mobile Company, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 760254 | + | U.S. Government, 77 K Street, NE, Washington DC 20002-4678 |
| 760239 | + | Us Government, 77 K Street, NE, Washington, DC 20002-4678 |
| 760248 | + | Xfinity Company, 1701 JFK Blvd., Philadelphia, PA 19103-2838 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Aug 13 2024 21:54:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| tr | + | Email/Text: bnc@ch13md.com | Aug 13 2024 21:54:00 | Rebecca A. Herr, 185 Admiral Cochrane Dr, Ste 240, Annapolis, MD 21401-7623 |
| smg | + | EDI: DCGOVT | Aug 14 2024 01:50:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 13 2024 21:54:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 13 2024 21:47:19 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Aug 13 2024 21:47:23 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 13 2024 21:54:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 13 2024 21:54:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 762474 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 13 2024 21:54:00 | Ascendium Education Solutions, Inc, PO Box 809142, Chicago IL 60680 |

| | | | | |
|---|---|---|---|---|
| District/off: 0090-1 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Aug 13, 2024 | | Form ID: 309I | | Total Noticed: 36 |

| 762452 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 13 2024 21:54:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
|---|---|---|---|---|
| 760292 | + | EDI: AISACG.COM | Aug 14 2024 01:50:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 760238 | + | EDI: GMACFS.COM | Aug 14 2024 01:50:00 | Ally Financial, PO Box 380901, Bloomongton, MN 55438-0901 |
| 760242 | + | Email/PDF: bncnotices@becket-lee.com | Aug 13 2024 22:04:35 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 762611 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2024 22:04:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 762713 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 22:03:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 760237 | + | EDI: CAPONEAUTO.COM | Aug 14 2024 01:50:00 | Capital One Auto Finance, CB DISPUTES TEAM,P O BOX 259407, PLANO, TX 75025-9407 |
| 760332 | + | EDI: AISACG.COM | Aug 14 2024 01:50:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 762584 | | EDI: CAPITALONE.COM | Aug 14 2024 01:50:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 760243 | + | EDI: CAPITALONE.COM | Aug 14 2024 01:50:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 762511 | | EDI: CITICORP | Aug 14 2024 01:50:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 762512 | + | EDI: CITICORP | Aug 14 2024 01:50:00 | Citibank, N.A., 6716 Grade Ln Blg 9, Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 760245 | + | EDI: CCS.COM | Aug 14 2024 01:50:00 | Credit Collection Service, PO Box 447, Norwood, MA 02062-0447 |
| 762478 | | EDI: Q3G.COM | Aug 14 2024 01:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 762676 | | EDI: IRS.COM | Aug 14 2024 01:50:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 760246 | + | EDI: NAVIENTFKASMSERV.COM | Aug 14 2024 01:50:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 760247 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 13 2024 21:54:00 | Quest Diagnostics, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 760236 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2024 21:54:00 | Select Portfolio Services, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 760256 | | Macy's/DSNB, 911 Duke Blvd., Mason OH |
| 760241 | | Macy's/DSNB, 911 Duke Blvd., Mason, OH |
| 760253 | *+ | Ally Financial, P.O. Box 380901, Bloomongton MN 55438-0901 |
| 760257 | *+ | American Express, P.O. Box 981537, El Paso TX 79998-1537 |
| 762203 | *+ | BT Investment, 7 Derwood Court, Washington DC 21234-1330 |

District/off: 0090-1      User: admin      Page 3 of 3

Date Rcvd: Aug 13, 2024      Form ID: 309I      Total Noticed: 36

| | | |
|---|---|---|
| 760252 | *+ | Capital One Auto Finance, CB DISPUTES TEAM, P.O. BOX 259407, PLANO TX 75025-9407 |
| 760258 | *+ | Capital One Bank USA, P.O. Box 31293, Salt Lake City UT 84131-0293 |
| 760260 | *+ | Credit Collection Service, PO Box 447, Norwood MA 02062-0447 |
| 760259 | * | Feb Retail, P.O. Box 4449, Beaverton OR 97076 |
| 762724 | * | Internal Revenue Service, P O Box 7317, Philadelphia PA 19101-7317 |
| 760261 | *+ | Navient, P.O. Box 9655, Wilkes Barre PA 18773-9655 |
| 760262 | *+ | Quest Diagnostics, 500 Plaza Drive, Secaucus NJ 07094-3656 |
| 760251 | *+ | Select Portfolio Services, 3217 S. Decker Lake Drive, Salt Lake City UT 84119-3284 |
| 760264 | * | T-Mobile Company, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 760263 | *+ | Xfinity Company, 1701 JFK Blvd., Philadelphia, PA 19103-2838 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory C Mullen | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as trustee  on behalf of the holders of the MASTR Alternative Loan Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2 C/O Select Port bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com |
| Maurice Belmont VerStandig | on behalf of Debtor Leonard Jason Small mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael J Klima | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP jklima@kpdlawgroup.com |
| Michael J Klima | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jklima@kpdlawgroup.com |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |

TOTAL: 9