The order below is hereby signed.

Signed: August 13 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-1-ELG |
| | ) | (Chapter 7) |
| LEONARD JASON SMALL | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO CONVERT TO CHAPTER 13

Upon consideration of the Motion to Convert to Chapter 13 (the "Motion," as found at DE #69) filed by Leonard Jason Small, the lack of opposition thereto, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that this case be, and hereby is, CONVERTED to a proceeding under Chapter 13 of Title 11 of the United States Code.

I ask for this:

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
Bar No. MD18071
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

1

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00001-ELG

Leonard Jason Small  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 4
Date Rcvd: Aug 13, 2024     Form ID: pdf001     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Jason Small, 724 Underwood Street NW, Washington, DC 20012-2640 |
| aty | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | The Bank of New York Mellon f/k/a The Bank of New, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| 760255 | + | BT Investment, 7 Derwood Court, Washington DC 21234-1330 |
| 760240 | + | BT Investments, LLC, 7 Derwood Court, Parkville MD 21234-1330 |
| 760244 | | Feb Retail, PO Box 4449, Beaverton, OR 97076 |
| 762202 | + | Jacobs & Associates-Attorneys At Law, LLC, 111 Rockville Pike, Suite 975, Rockville MD 20850-5123 |
| 760249 | | T-Mobile Company, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 760254 | + | U.S. Government, 77 K Street, NE, Washington DC 20002-4678 |
| 760239 | + | Us Government, 77 K Street, NE, Washington, DC 20002-4678 |
| 760248 | + | Xfinity Company, 1701 JFK Blvd., Philadelphia, PA 19103-2838 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Aug 13 2024 21:54:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Aug 13 2024 21:47:19 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2024 21:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Aug 13 2024 21:47:24 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Aug 13 2024 21:54:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Aug 13 2024 21:54:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Aug 13 2024 21:54:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 22:05:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

Case 22-00001-ELG   Doc 81   Filed 08/15/24   Entered 08/16/24 00:16:38   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf001 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 22:04:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 762474 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 13 2024 21:54:00 | Ascendium Education Solutions, Inc, PO Box 809142, Chicago IL 60680 |
| 762452 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 13 2024 21:54:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 760292 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 22:04:33 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 760238 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 13 2024 21:54:00 | Ally Financial, PO Box 380901, Bloomongton, MN 55438-0901 |
| 760242 | + | Email/PDF: bncnotices@becket-lee.com | Aug 13 2024 22:04:36 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 762611 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2024 22:04:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 762713 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 21:53:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 760237 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 13 2024 21:53:43 | Capital One Auto Finance, CB DISPUTES TEAM,P O BOX 259407, PLANO, TX 75025-9407 |
| 760332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 22:04:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 762584 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 22:03:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 760243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 22:04:37 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 762511 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2024 21:53:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 762512 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2024 22:04:00 | Citibank, N.A., 6716 Grade Ln Blg 9, Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 760245 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 13 2024 21:54:00 | Credit Collection Service, PO Box 447, Norwood, MA 02062-0447 |
| 762478 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2024 21:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 760246 | + | Email/PDF: pa_dc_claims@navient.com | Aug 13 2024 21:53:42 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 760247 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 13 2024 21:54:00 | Quest Diagnostics, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 760236 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2024 21:54:00 | Select Portfolio Services, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 760256 | | Macy's/DSNB, 911 Duke Blvd., Mason OH |

| | | |
|---|---|---|
| 760241 | | Macy's/DSNB, 911 Duke Blvd., Mason, OH |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 760253 | *+ | Ally Financial, P.O. Box 380901, Bloomongton MN 55438-0901 |
| 760257 | *+ | American Express, P.O. Box 981537, El Paso TX 79998-1537 |
| 762203 | *+ | BT Investment, 7 Derwood Court, Washington DC 21234-1330 |
| 760252 | *+ | Capital One Auto Finance, CB DISPUTES TEAM, P.O. BOX 259407, PLANO TX 75025-9407 |
| 760258 | *+ | Capital One Bank USA, P.O. Box 31293, Salt Lake City UT 84131-0293 |
| 760260 | *+ | Credit Collection Service, PO Box 447, Norwood MA 02062-0447 |
| 762676 | * | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 760259 | * | Feb Retail, P.O. Box 4449, Beaverton OR 97076 |
| 762724 | * | Internal Revenue Service, P O Box 7317, Philadelphia PA 19101-7317 |
| 760261 | *+ | Navient, P.O. Box 9655, Wilkes Barre PA 18773-9655 |
| 760262 | *+ | Quest Diagnostics, 500 Plaza Drive, Secaucus NJ 07094-3656 |
| 760251 | *+ | Select Portfolio Services, 3217 S. Decker Lake Drive, Salt Lake City UT 84119-3284 |
| 760264 | * | T-Mobile Company, P.O. Box 53410, Bellevue, WA 98015-3410 |
| 760263 | *+ | Xfinity Company, 1701 JFK Blvd., Philadelphia, PA 19103-2838 |

TOTAL: 2 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory C Mullen | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as trustee on behalf of the holders of the MASTR Alternative Loan Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2 C/O Select Port bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com |
| Maurice Belmont VerStandig | on behalf of Debtor Leonard Jason Small mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael J Klima | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LP jklima@kpdlawgroup.com |
| Michael J Klima | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jklima@kpdlawgroup.com |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |

District/off: 0090-1      User: admin      Page 4 of 4

Date Rcvd: Aug 13, 2024      Form ID: pdf001      Total Noticed: 40

Wendell W. Webster
                               wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 9