The order below is hereby signed.

Signed: September 10 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                            )     Case No. 22-1-ELG
                                                  )     (Chapter 7)
LEONARD JASON SMALL                               )
                                                  )
    Debtor.                                       )

**ORDER GRANTING MOTION TO WITHDRAW**

Upon consideration of the Motion to Withdraw as Counsel (the "Motion," as found at DE #77) filed by Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm, the lack of opposition thereto, a hearing thereupon, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the appearance of Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm as counsel for the debtor herein be, and hereby is, WITHDRAWN.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*